Jeffrey Salvalzo #1129936, et al
Bexar County Jail
200 N. Comal St.
San Antonio, TX 78207

May 27, 2020

**FILED**
JUN 03 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Judge Fred Biery
US District Court
655 E. Caesar Chavez Blvd Room 655
San Antonio, TX 78206

SA20CA0665 OG

Dear Sir:

We write to you asking the court to review the constitutionality of our detention in the Bexar County Jail.

We ask you to consider our claim without adhering to local rules and without filing fees due to it's emergency nature.

We have little knowledge of the law and no access to legal material as the law library here has been closed to us. We ask the court to forgive our informalities.

That being said all of us believe that our constitutional rights are being violated.

Our rights to due process of law are being violated by denying us access to the courts which are closed. We are not able to communicate with appointed lawyers because there is no response.

We believe our detention is cruel and unusual. We are housed less than three feet from the next man in a jail with more than 400 Covid-19 positives with much less than the whole population tested. We are scared. Many of us have underlying health conditions

WE DON'T KNOW WHAT TO DO. THE ONLY THING WE KNOW IS WE NEED HELP AND THAT YOUR OPEN FOR BUSINESS.

WE ASK THE COURT TO ASSIGN THE PROPER PERSON TO INVESTIGATE OUR CLAIM.

SINCERELY,

JEFFREY SALVALZO #1129936, et al

JEFFERY SOUTHERLAND #1101608
Daniel Swengel #1126357
Isaian Knight #1001124
Oscar Rojas #965230
Alphonso Richardson #916728
Shon Dodds #1130857
Antiquin Williams 1129416
LeRonne Washington 1186698
Salazar Chris 702386
Walter Galik #1001751
Andrew Glassmyer #1116303
Matthew McGrew #1121683
Christopher Garcia #735913
Salvador Salinas #776774
Christopher Beltran #1047569
Jason Valenzuela #821940
Roy Huron 0986919
Ciro Villarreal 408857
Donald Broadnax 461386
Julian Martinez 1131871
Cody Flenoury 1112833

Jesus Ramirez Villaseñor X 1067301
Daniel Martinez  TD # 678243
Dameon Favela  SID #1009551
Phillip Granlecson SID #1029118
Arturo Gonzales SID # 828683
Derrick Wolford #183802
Jorge Cortes #991342
Antonio Balderas #723221
Joel Lopez #424314
ANUAR SANTILLAN (Anuar Santillan) #885806
M Mercado Marco 1123093
Luis Alfaro Briones #1121246
Robert Lewis Evans Jr #1099743
Fernando Davila #448304
Edmond Ybarra #1020740