Jeffrey Salvato #1129936
200 N. Comal St
San Antonio, TX 78207

INDIGENT
BEXAR COUNTY JAIL
INMATE MAIL

U.S. POSTAGE >> PITNEY BOWES
ZIP 78204 $ 000.50⁰
02 4W
0000350931 MAY 28 2020

SCREENED BY CSO
MAY 29 2020

Judge Biery
US District Court
655 E. Caesar Chavez Blvd
Room 665
San Antonio, TX 78206

SA20CA0665 OG MJ-HJB