# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JEFFREY SALVALZO, SID #1129936 ET AL.,** | § § § | |
| **Plaintiffs,** | § § § | |
| | § | SA-20-CV-00665-OLG |
| v. | § § | |
| **BEXAR COUNTY ADULT DETENTION CENTER,** | § § § § | |
| **Defendant.** | § | |

## FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of this Court's Order dismissing the matter, the Court renders the following Final Judgment Pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** to the refiling of proper 42 U.S.C. § 1983 complaints.

**SIGNED** June 11, 2020.

_____
**Orlando L. Garcia**
**Chief United States District Judge**